## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FIGUEROA, GERALDO | § | Case No. 09-70154 |
| FIGUEROA, IRIS D | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 03/08/2010 in Courtroom 115,
United States Courthouse
211 S. Court St.
Rockford, IL 61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: /s/ Daniel M. Donahue_____
                                                                 Trustee


*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
FIGUEROA, GERALDO § Case No. 09-70154
FIGUEROA, IRIS D §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 5,496.45 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of*[1] | $ | 5,496.45 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: DANIEL M. DONAHUE* | $ 1,039.12 | $ 0.00 |
| *Attorney for trustee: MCGREEVY WILLIAMS* | $ 1,425.00 | $ 80.04 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page. 2)*

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | | $ | $ |
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,605.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.4 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | PYOD LLC its successors and assigns as assignee of | $ 350.03 | $ 351.56 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Chase Bank USA, N.A. | $ 432.59 | $ 434.48 |
| 000003 | Chase Bank USA, N.A. | $ 614.70 | $ 617.38 |
| 000004 | Chase Bank USA, N.A. | $ 100.00 | $ 100.44 |
| 000005 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 107.98 | $ 108.45 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 1,339.98 .

Prepared By: /s/Daniel M. Donahue
                              Trustee

UST Form 101-7-NFR (9/1/2009) (Page 4)

UST Form 101-7-NFR (9/1/2009) (Page: 5)

DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez          Page 1 of 1          Date Rcvd: Feb 12, 2010
Case: 09-70154               Form ID: pdf006         Total Noticed: 32


The following entities were noticed by first class mail on Feb 14, 2010.
```
db/jdb     +Geraldo Figueroa,   Iris D Figueroa,   305 Liverpool Dr SE,   Poplar Grove, IL 61065-9175
aty         Daniel M Donahue,   P. O. Box 2903,   Rockford, IL  61132-2903
aty        +Karl C. Koonmen, Jr.,   Loves Park Legal Clinic,   535 Loves Park Drive,
            Loves Park, IL 61111-5179
tr          Daniel Donahue,   P O Box 2903,   Rockford, IL  61132-2903
14714993    AMERICAN INFOSOURCE LP AS AGENT FOR,   T MOBILE/T-MOBILE USA INC,   PO Box 248848,
            Oklahoma City, OK  73124-8848
13061559    AT&T,   PO Box 8212,   Aurora, IL 60572-8212
13061558   +Access American Casualty,   3619 W 26th St,   Chicago, IL 60623-3944
13061560   +Candlewick Association Fee,   13400 hwy 76,   Poplar Grove, IL 61065-8812
13061561   +Capital 1 Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,   Norcross, GA 30091-5155
13061562   +Chase,   Attention: Banktruptcy Dept,   Po Box 15298,   Wilmington, DE 19850-5298
14473697    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
13061564    Citibank,   PO Box 6003,   Hagerstown, MD 21747-6003
13061565   +DirecTV,   PO Box 78626,   Phoenix, AZ 85062-8626
13061566   +Fifth Third Bank,   C/O Bankruptcy Dept, Mdropso5,   1850 East Paris,
            Grand Rapids, MI 49546-6210
13061569   +HFC,   108 Commons Dr,   Chicago Ridge, IL 60415-1285
13061571    Hsbc/rs,   Hsbc Retail Services Attn: Bankruptcy,   Po Box 15522,   Wilmington, DE 19850
13061570    Hsbc/rs,   Hsbc Retail Services Attn: BK,   Po Box 15522,   Wilmington, DE 19850
13061572   +Infibank,   Po Box 3412,   Omaha, NE 68103-0412
13061573   +Isaac Negron,   2334 S Harvey Avae,   Berwyn, IL 60402-2403
13061574    MCU Visa,   PO Box 2858,   Omaha, NE 68103-2858
13061575   +Nco Financial Systems,   507 Prudential Road,   Horsham, PA 19044-2368
13061576   +Nicor Gas,   Attention:  Bankruptcy Department,   1844 Ferry Road,   Naperville, IL 60563-9662
13061578   +Nissan Motor Acceptanc,   Po Box 660360,   Dallas, TX 75266-0360
14465996   +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
            PO Box 19008,   Greenville, SC 29602-9008
13061579    Public Storage,   2801 S Harlem Ave,   Berwyn, IL 60402-2825
13061581   +Sears/cbsd,   701 East 60th St N,   Sioux Falls, SD 57104-0432
13061582    T-Mobil,   PO Box 742596,   Cincinnati, OH 45274-2596
13061583    Verizon,   PO Box 920041,   Dallas, TX 75392-0041
13061584   +Washington Mutual Mortgage,   Attn:  BK Dept. JAXA 2035,   7255 Bay Meadows Way,
            Jacksonville, FL 32256-6851
```

The following entities were noticed by electronic transmission on Feb 13, 2010.
```
13061567   +E-mail/PDF: gecsedi@recoverycorp.com Feb 13 2010 11:27:42     GEMB / Walmart,
            Attention:  Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
13061568   +E-mail/PDF: gecsedi@recoverycorp.com Feb 13 2010 11:27:42     Gemb/peach Direct,
            950 Forrer Blvd,   Kettering, OH 45420-1469
13061580   +E-mail/PDF: gecsedi@recoverycorp.com Feb 13 2010 11:27:42     Sams Club,   P.O. Box 981400,
            El Paso, TX 79998-1400
                                                                                     TOTAL: 3
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13061563*   +Chase,   Attention:  Banktruptcy Department,   Po Box 15298,   Wilmintgon, DE 19850-5298
13061577*   +Nicor Gas,   Attention:  Bankruptcy Department,   1844 Ferry Road,   Naperville, IL 60563-9662
                                                                           TOTALS: 0, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


**Date: Feb 14, 2010**                    **Signature:** _Joseph Speetjens_