UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
 §
FIGUEROA, GERALDO § Case No. 09-70154
FIGUEROA, IRIS D §
 §
 §
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $             (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on             . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____      By:/s/DANIEL M. DONAHUE_____
                                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| GERALDO FIGUEROA and IRS D. FIGUEROA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Fifth Third Bank C/O Bankruptcy Dept, Mdropso5 1850 East Paris Grand Rapids, MI 49546 |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Nissan Motor Acceptanc Po Box 660360 Dallas, TX 75266 | | | | | |
| Washington Mutual Mortgage Attn: BK Dept. JAXA 2035 7255 Bay Meadows Way Jacksonville, FL 32256 | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AT&T PO Box 8212 Aurora, IL 60572-8212 | | | | | |
| Access American Casualty 3619 W 26th St Chicago, IL 60623 | | | | | |
| Candlewick Association Fee 13400 hwy 76 Poplar Grove, IL 61065 | | | | | |
| Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Citibank PO Box 6003 Hagerstown, MD 21747-6003 | | | | | |
| DirecTV PO Box 78626 Phoenix, AZ 85062 | | | | | |
| GEMB / Walmart Attention: Bankruptcy Po Box 103106 Roswell, GA 30076 | | | | | |
| Gemb/peach Direct 950 Forrer Blvd Kettering, OH 45420 | | | | | |
| HFC 108 Commons Dr Chicago Ridge, IL 60415 | | | | | |
| Hsbc/rs Hsbc Retail Services Attn: BK Po Box 15522 Wilmington, DE 19850 | | | | | |
| Hsbc/rs Hsbc Retail Services Attn: Bankruptcy Po Box 15522 Wilmington, DE 19850 | | | | | |
| Infibank Po Box 3412 Omaha, NE 68197 | | | | | |
| MCU Visa PO Box 2858 Omaha, NE 68103-2858 | | | | | |
| Nco Financial Systems 507 Prudential Road Horsham, PA 19044 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Nicor Gas Attention: Bankruptcy Department 1844 Ferry Road Naperville, IL 60507 | | | | | |
| Nicor Gas Attention: Bankruptcy Department 1844 Ferry Road Naperville, IL 60507 | | | | | |
| Public Storage 2801 S Harlem Ave Berwyn, IL 60402-2825 | | | | | |
| Sams Club P.O. Box 981400 El Paso, TX 79998 | | | | | |
| Verizon PO Box 920041 Dallas, TX 75392-0041 | | | | | |
| AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHASE BANK USA, N.A. | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-70154 MLB Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | FIGUEROA, GERALDO | Date Filed (f) or Converted (c): | 01/21/09 (f) |
|  | FIGUEROA, IRIS D | 341(a) Meeting Date: | 02/19/09 |
| For Period Ending: | 06/01/10 | Claims Bar Date: | 12/09/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 305 Liverpool Dr SE Poplar Grove, IL | 160,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking Account - Chase Bank | 200.00 | 200.00 | DA | 0.00 | FA |
| 3. Household Goods | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4. Clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 5. Income Tax Refund | 6,805.00 | 5,496.00 |  | 5,496.00 | FA |
| 6. 2007 Dodge Caliber | 6,000.00 | 6,000.00 | DA | 0.00 | FA |
| 7. 1997 Ford F-150 | 500.00 | 0.00 | DA | 0.00 | FA |
| 8. 2007 Wells Cargo 10 Foot Trailer | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 9. 2007 Nissan Versa | 8,000.00 | 8,000.00 | DA | 0.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | 0.00 |  | 0.45 | FA |
| TOTALS (Excluding Unknown Values) | $188,505.00 | $19,696.00 |  | $5,496.45 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

Initial Projected Date of Final Report (TFR): 03/01/10    Current Projected Date of Final Report (TFR): 03/01/10

LFORM1

Ver: 15.09

UST Form 101-7-TDR (9/1/2009) *(Page: 9)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-70154 -MLB | |
| Case Name: | FIGUEROA, GERALDO | |
| | FIGUEROA, IRIS D | |
| Taxpayer ID No: | *******5496 | |
| For Period Ending: | 06/01/10 | |

| | | |
|---|---|---|
| Trustee Name: | DANIEL M. DONAHUE | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******1486  Money Market Account (Interest Earn | |
| Blanket Bond (per case limit): | $ 1,500,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/08/09 | 5 | GERALDO AND IRIS FIGUEROA 305 LIVERPOOL DR SE POPLAR GROVE, IL  61065-9175 | TAX REFUND | 1124-000 | 5,496.00 | | 5,496.00 |
| 09/30/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 5,496.09 |
| 10/30/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,496.23 |
| 11/30/09 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,496.37 |
| 12/21/09 | 10 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 5,496.45 |
| 12/21/09 | | Transfer to Acct #*******1554 | Final Posting Transfer | 9999-000 | | 5,496.45 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | COLUMN TOTALS | | 5,496.45 | 5,496.45 | 0.00 |
| | | Less:  Bank Transfers/CD's | | 0.00 | 5,496.45 | |
| | | Subtotal | | 5,496.45 | 0.00 | |
| | | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 5,496.45 | 0.00 | |

Page Subtotals         5,496.45         5,496.45

Ver: 15.09

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-70154 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | FIGUEROA, GERALDO | | Bank Name: | BANK OF AMERICA, N.A. |
| | FIGUEROA, IRIS D | | Account Number / CD #: | *******1554  GENERAL CHECKING |
| Taxpayer ID No: | *******5496 | | | |
| For Period Ending: | 06/01/10 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/21/09 | | Transfer from Acct #*******1486 | Transfer In From MMA Account | 9999-000 | 5,496.45 | | 5,496.45 |
| 03/08/10 | 000100 | DANIEL M. DONAHUE, TRUSTEE P.O. BOX 2903 ROCKFORD, IL  61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 1,039.12 | 4,457.33 |
| 03/08/10 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,425.00 | 3,032.33 |
| 03/08/10 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 80.04 | 2,952.29 |
| 03/08/10 | 000103 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Claim 000001, Payment 100.4% | | | 351.56 | 2,600.73 |
| | | | Claim         350.03 | 7100-000 | | | 2,600.73 |
| | | | Interest        1.53 | 7990-000 | | | 2,600.73 |
| 03/08/10 | 000104 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000002, Payment 100.4% | | | 434.48 | 2,166.25 |
| | | | Claim         432.59 | 7100-000 | | | 2,166.25 |
| | | | Interest        1.89 | 7990-000 | | | 2,166.25 |
| 03/08/10 | 000105 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000003, Payment 100.4% | | | 617.38 | 1,548.87 |
| | | | Claim         614.70 | 7100-000 | | | 1,548.87 |
| | | | Interest        2.68 | 7990-000 | | | 1,548.87 |
| 03/08/10 | 000106 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000004, Payment 100.4% | | | 100.44 | 1,448.43 |
| | | | Claim         100.00 | 7100-000 | | | 1,448.43 |
| | | | Interest        0.44 | 7990-000 | | | 1,448.43 |
| | | | Page Subtotals | | 5,496.45 | 4,048.02 | |

Ver: 15.09

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-70154 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | FIGUEROA, GERALDO | | Bank Name: | BANK OF AMERICA, N.A. |
| | FIGUEROA, IRIS D | | Account Number / CD #: | *******1554  GENERAL CHECKING |
| Taxpayer ID No: | *******5496 | | | |
| For Period Ending: | 06/01/10 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/08/10 | 000107 | AMERICAN INFOSOURCE LP AS AGENT FOR T MOBILE/T-MOBILE USA INC<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Claim 000005, Payment 100.4% | | | 108.45 | 1,339.98 |
| | | | Claim      107.98 | 7100-000 | | | 1,339.98 |
| | | | Interest    0.47 | 7990-000 | | | 1,339.98 |
| 03/08/10 | 000108 | GERALDO FIGUEROA and IRS D. FIGUEROA<br>305 LIVERPOOL DR SE<br>POPLAR GROVE, IL  61065-9175 | Surplus Funds | 8200-002 | | 1,339.98 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,496.45 | 5,496.45 | 0.00 |
| Less: Bank Transfers/CD's | 5,496.45 | 0.00 | |
| Subtotal | 0.00 | 5,496.45 | |
| Less: Payments to Debtors | | 1,339.98 | |
| Net | 0.00 | 4,156.47 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********1486 | 5,496.45 | 0.00 | 0.00 |
| GENERAL CHECKING - ********1554 | 0.00 | 4,156.47 | 0.00 |
| | 5,496.45 | 4,156.47 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     1,448.43

Ver: 15.09

LFORM24
**UST Form 101-7-TDR (9/1/2009)** *(Page: 12)*